U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of  
JEFFERY DROBNICK

v.

TRICAM INDUSTRIES, INC.

Case Number:

KC FILED  
Jan 8, 2008  
JAN 0 8 2008

MICHAEL W. DOBBINS  
CLERK, U.S. DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

TRICAM INDUSTRIES, INC.

JURY DEMAND

| NAME (Type or print) |
|---|
| PAUL V. KAULAS    (pvk@mcveyparsky-law.com) |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Paul Kaulas |

| FIRM |
|---|
| McVEY & PARSKY, LLC |

| STREET ADDRESS |
|---|
| 30 N. LaSALLE STREET, SUITE 2100 |

| CITY/STATE/ZIP |
|---|
| CHICAGO, ILLINOIS 60602 |

08CV164  
JUDGE LINDBERG  
MAGISTRATE JUDGE NOLAN

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6184224 | 312/551-2130 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐