### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| JEFFERY DROBNICK, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 0164 |
| | ) | |
| v. | ) | Judge Lindberg |
| | ) | |
| TRICAM INDUSTRIES, INC., | ) | Magistrate Judge Nolan |
| | ) | |
| Defendant. | ) | **JURY DEMAND** |

## CERTIFICATE OF SERVICE

I hereby certify that on **January 15, 2008**, I served Defendant's **Request to Admit** via regular mail upon **Louis W. Brydges, Law Offices of L.W. Brydges, Sr., 35973 North Helendale Road, Ingleside, Illinois 60041**.

McVEY & PARSKY, LLC


BY:    /s/ Paul V. Kaulas
        Paul V. Kaulas (Illinois Bar No. 6184224)
        One of the attorneys for Defendant,
        TRICAM INDUSTRIES, INC.
        30 N. LaSalle St., Suite 2100
        Chicago, IL 60602
        Phone: (312) 551-2130
        Fax: (312) 551-2131
        Email: pvk@mcveyparsky-law.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 15, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notice of Electronic Filing:

Louis W. Brydges
Law Offices of L.W. Brydges, Sr.
35973 North Helendale Road
Ingleside, Illinois 60041

McVEY & PARSKY, LLC
Attorney for Defendant
30 North LaSalle Street
Suite 2100
Chicago, IL 60602
Tel: (312) 551-2130
Fax: (312) 551-2131

By: /s/ Paul V. Kaulas
    Paul V. Kaulas
    Illinois Bar #6184224