## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JEFFERY DROBNICK, | |
| Plaintiff, | Case No. 08 C 0164 |
| v. | Judge Lindberg |
| TRICAM INDUSTRIES, INC., | Magistrate Judge Nolan |
| Defendant. | **JURY DEMAND** |

## AGREED MOTION TO DISMISS

NOW COME the Parties, by and through their respective counsel, and move this Honorable Court to dismiss this matter with prejudice, all matters in controversy having been settled by agreement with each party to bear their owns costs.

    Respectfully Submitted,

    TRICAM INDUSTRIES INC.

    /s/ Paul V. Kaulas
    Paul V. Kaulas
    Attorney No. 6184224
    Attorney for Defendant, Tricam Industries, Inc.

Paul V. Kaulas
McVey & Parsky, LLC
30 N. LaSalle St., Suite 2100
Chicago, IL  60602
Phone: (312) 551-2130
Fax: (312) 551-2131
Email: pvk@mcveyparsky-law.com

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on March 17, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.  I also certify that the foregoing is being served this day on all counsel of record identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notice of Electronic Filing:

Louis W. Brydges, Sr.
Law Office of L.W. Brydges Sr.
35973 North Helendale Road
Ingleside, Illinois  60041

                                           McVEY & PARSKY, LLC
                                           Attorney for Defendant
                                           30 North LaSalle Street
                                           Suite 2100
                                           Chicago, IL  60602
                                           Tel:  (312) 551-2130
                                           Fax:  (312) 551-2131

                        By:    /s/ Paul V. Kaulas
                                Paul V. Kaulas (Illinois Atty. No. 6184224)