## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| JEFFERY DROBNICK, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.  08 C 0164 |
| | ) | |
| v. | ) | Judge Lindberg |
| | ) | |
| TRICAM INDUSTRIES, INC., | ) | Magistrate Judge Nolan |
| | ) | |
| Defendant. | ) | **JURY DEMAND** |

## AGREED DISMISSAL ORDER

THIS MATTER COMING ON TO BE HEARD by agreement of the Parties', and the Court being advised:

**IT IS ORDERED** that this matter is dismissed with prejudice, all matters in controversy having been settled by agreement with each party to bear their own costs.


……………………………., 2008

ENTERED:

………………………….………..
Judge                    Judge's No.


Paul V. Kaulas
Attorney No. 6184224
McVEY & PARSKY, LLC
30 N. LaSalle Street
Suite 2100
Chicago, IL 606002
Phone: 312/551-2130
Fax:    312/551-2131