UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Jeffery Drobnick
                    Plaintiff,

v.                                    Case No.: 1:08−cv−00164
                                              Honorable George W. Lindberg

Tricam Industries, Inc.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 18, 2008:

       MINUTE entry before Judge Honorable George W. Lindberg:The status hearing date is stricken. Defendant's agreed motion to dismiss is granted. It is hereby ordered that this action is dismissed with prejudice, all matters in controversy having been settled by agreement with each party to bear their own costs. Civil case terminated. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.